UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-cv-20042-MD

REBECCA RAMIREZ,

    Plaintiff,
vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jillian C. Postal, of the law firm of Saul Ewing LLP, enters her appearance as counsel for Defendant, BISTECCA & POMODORO LLC d/b/a THE DORAL STEAKHOUSE, and requests that copies of all notices and pleadings filed in this case be served upon the following person at the address, facsimile number, or electronic mail addresses set forth below:

Primary:    Jillian C. Postal – jillian.postal@saul.com
Secondary:    Cindy Carhartt – cindy.carhartt@saul.com; mia-ctdocs@saul.com

    Respectfully submitted,

By: /s/ *Jillian C. Postal*
**Jillian C. Postal**
Florida Bar No. 1011576
**SAUL EWING LLP**
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
E-mail address:
jillian.postal@saul.com
cindy.carhartt@saul.com
mia-ctdocs@saul.com

*Counsel for Defendant Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025 the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    */s/ Jillian C. Postal*
                                                    Jillian C. Postal