UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC
D/B/A THE DORAL
STEAKHOUSE AND HORACIO
DE GRAZIA,

    Defendants.
_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for the Plaintiff, Rebecca Ramirez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 7th day of January 2025.

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*