UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

      Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA,

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alexander L. Reich of the law firm of Saul Ewing LLP, 161 North Clark, Suite 4200, Chicago, IL 60601, Tel. (312) 876-6925, for purposes of appearance as co-counsel on behalf of Defendant, Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alexander L. Reich to receive electronic filings in this case, and in support thereof states as follows:

1.      Alexander L. Reich is not admitted to practice in the Southern District of Florida, is a member in good standing of the Illinois state bar, and is admitted to practice in the Seventh Circuit Court of Appeals, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Northern District of Indiana.

2.      Movant, Jilllian C. Postal, Esquire, of the law firm of Saul Ewing LLP, 701 Brickell Avenue, 17th Floor, Miami, FL 33131, Tel. (305) 428-4500, is a member in good standing of The

Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Alexander L. Reich has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Alexander L. Reich, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alexander L. Reich at email address: alexander.reich@saul.com.

WHEREFORE, Jillian C. Postal, moves this Court to enter an Order Alexander L. Reich, to appear before this Court on behalf of Defendant, Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alexander L. Reich .

Date: January 8, 2025                    Respectfully submitted,


By:     /s/ *Jillian C. Postal*
        **Jillian C. Postal**
        Florida Bar No. 1011576
        jillian.postal@saul.com
        **SAUL EWING LLP**
        701 Brickell Avenue, 17th Floor
        Miami, Florida 33131
        Telephone: (305) 428-4500
        Facsimile: (305) 374-4744

        *Attorneys for Defendant, Bistecca & Pomodoro LLC*
        *d/b/a The Doral Steakhouse*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 8, 2025 the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: ___/s/ *Jillian C. Postal*_____
      **Jillian C. Postal**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

     Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA,

     Defendants.

_____/

## CERTIFICATION OF ALEXANDER L. REICH

     Alexander L. Reich, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Illinois state bar, and am admitted to practice in the Seventh Circuit Court of Appeals, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Northern District of Indiana; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

By:   */s/ Alexander L. Reich*
      **Alexander L. Reich**
      Illinois 6313800
      alexander.reich@saul.com
      **SAUL EWING LLP**
      161 North Clark, Suite 4200
      Chicago, IL 60601
      Tel. (312) 876-6925