UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'Angelo

**REBECCA RAMIREZ**,

    Plaintiff,

v.

**BISTECCA & POMODORO LLC,** *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING [ECF NO. 5]**

**THIS CAUSE** is before the Court on the Motion to Appear *Pro Hac Vice* for Alexander L. Reich, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 5] ("Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

THE COURT has considered the Motion and the pertinent portions of the record and, being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 5]** is **GRANTED**. Alexander L. Reich of the law firm of Saul Ewing LLP may appear and participate in this action on behalf of Defendant Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse. The Clerk shall provide notification of all electronic filings to Alexander L. Reich, at alexander.reich@saul.com.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 13th day of January, 2025.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**