UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  25-cv-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

       Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA,

       Defendants.

_____/

**REMOVAL STATUS REPORT**

Defendant, BISTECCA & POMODORO LLC D/B/A THE DORAL STEAKHOUSE

("Doral Steakhouse"), by and through its undersigned counsel, and pursuant to this Court's January

10, 2025 Order (Doc. # 6), hereby states as follows for its Removal Status Report:

1. **A plain statement of the nature of the claim and any counterclaim, cross-claim or third party claim made in state or federal court, including the amount of damages claimed and any other relief sought.**

Plaintiff, Rebecca Ramirez ("Plaintiff"), alleges collective action claims for violations of the Fair Labor Standards Act (FLSA). Specifically, Plaintiff alleges Defendants unlawfully retained portions of their employees' tip pool. In her Complaint, Plaintiff seeks: (1) designation as a Collective Action; (2) an award of the alleged tips and overtips improperly withheld; (3) issuance of a declaratory judgment; (4) issuance of an injunction prohibiting Defendants from the purported unlawful practices; (5) prejudgment and post judgment interests; (6) attorneys' fees and costs; (6) a declaration stating that Defendants willfully violated the FLSA; and (7) a declaration claiming that the applicable statute of limitations is three years.

2. **A plain statement of the ground for removal and a listing of all parties to the action, including parties to any third-party claim.**

Removal is based on federal-question jurisdiction pursuant to 28 U.S.C. § 1331, as Plaintiff alleges claims under the federal FLSA. The parties to this action include Plaintiff, Rebecca

Ramirez, and Defendants, Doral Steakhouse and Horacio De Grazio ("De Grazio"). De Grazio has not been served.

**3.      A list of all pending motions.**

None.

**4.      A brief statement by each Defendant explaining whether or not each has joined in or consented to the notice of removal.**

Only Doral Steakhouse sought removal, as De Grazio has not been served.

**5.      A statement regarding whether the Defendant(s) have removed the action within thirty (30) days after the receipt by the Defendant(s), through service or otherwise, of a copy of the initial pleading setting forth the claim for relief which the action or proceeding is based, or within thirty (30) days after service of summons upon the Defendant(s), if such initial pleadings has then been filed in court and is not required to be served on the Defendant(s) in the action.**

Pursuant to 28 U.S.C. § 1446(b), Doral Steakhouse timely filed its Notice of Removal within 30 days of it being served with the Complaint.

Respectfully submitted,

By: /s/ *Jillian C. Postal*
    Jillian C. Postal
    Florida Bar No. 1011576
    SAUL EWING LLP
    701 Brickell Avenue, 17th Floor
    Miami, Florida 33131
    Telephone: (305) 428-4500
    jillian.postal@saul.com
    cindy.carhartt@saul.com
    mia-ctdocs@saul.com

    Alexander L. Reich (*pro hac vice*)
    SAUL EWING LLP
    161 N. Clark Street, Suite 4200
    Chicago, Illinois 60601
    Telephone: (312) 876-6925
    alexander.reich@saul.com

    *Counsel for Defendant Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on January 21, 2025 the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jillian C. Postal*
Jillian C. Postal
