UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC
D/B/A THE DORAL
STEAKHOUSE AND HORACIO
DE GRAZIA,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT OF CLAIM

THIS CAUSE, having come before the Court on Plaintiff's Motion for Enlargement of Time to File Statement of Claim filed herein on January 23, 2025, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Within 10 days hereof, Defendant, Bistecca & Pomodoro, LLC d/b/a The Doral Steakhouse, provides Plaintiff with the tips left by Plaintiff's customers for each shift she worked, the daily total tips left by customers for the shift she worked, how much Defendants collected in tips each shift Plaintiff worked, to whom Defendants distributed those tips, and the amount of tips distributed to Plaintiff and the names, positions, and amount of tips it distributed to all others receiving a share of the tips collected from the shifts she worked (for the three (3) years before the filing of the initial Complaint in this action). Plaintiff shall then file her Statement of Claim within 14 of receiving the required records from Defendant. To the extent not inconsistent herewith, the

parties shall comply with the remainder of the Court's Order on Court Practice in FLSA Cases at ECF No. 7.

DONE AND ORDERED in Chambers on this _____ day of January 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*