UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,                                    JURY TRIAL DEMANDED

    Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA,

    Defendants.
_____/

**DEFENDANT BISTECCA & POMODORO LLC D/B/A THE DORAL STEAKHOUSE'S AMENDED AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, BISTECCA & POMODORO LLC D/B/A THE DORAL STEAKHOUSE (the "Doral Steakhouse"), by and through its undersigned counsel, hereby files its Amended Affirmative Defenses to Plaintiff, REBECCA RAMIREZ's ("Ramirez or "Plaintiff") Complaint, and states as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole, or in part, because Doral Steakhouse acted pursuant to a good faith belief that its pay practices are in conformity with federal wage laws and/or in reliance on administrative regulations, orders, rulings, or interpretations of the Department of Labor.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole, or in part, because any alleged violation, which Doral Steakhouse denies occurred, was not intentional, knowing or willful and would have resulted from

excusable error notwithstanding the maintenance of procedures reasonably adopted to avoid such error.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole, or in part, because Doral Steakhouse is entitled to all just and lawful offsets, set offs, and credits against damages (if any) to which Plaintiff and any allegedly similarly situated individuals may be entitled.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole, or in part, by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole, or in part, by the doctrine of unclean hands due to her misrepresentations and omissions to obtain employment, and continuing employment, with Doral Steakhouse.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's class/collective claims are barred by the doctrine of waiver due to her execution of a wavier of class, collective, and representative actions.

WHEREFORE, BISTECCA & POMODORO LLC D/B/A THE DORAL STEAKHOUSE, respectfully requests that this Court enter an order as follows:

(a) Entering judgment in favor of Defendants on Plaintiff's Complaint in its entirety;

(b) Denying Plaintiff's request for relief in its entirety; and

(c) Granting Doral Steakhouse such other and further relief as this Court should deem appropriate under the circumstances.

Respectfully submitted,

By: */s/ Alexander L. Reich*

    **Jillian C. Postal**
    Florida Bar No. 1011576
    **SAUL EWING LLP**
    701 Brickell Avenue, 17th Floor
    Miami, Florida 33131
    Telephone: (305) 428-4500
    Facsimile: (305) 374-4744
    E-mail address:
    jillian.postal@saul.com;
    cindy.carhartt@saul.com;
    mia-ctdocs@saul.com

    **Alexander L. Reich (*Pro Hac Vice*)**
    **SAUL EWING LLP**
    161 N. Clark Street
    Suite 4200
    Chicago, Illinois 60601
    Telephone: (312) 876-6925
    Alexander.reich@saul.com

    *Counsel for Defendant Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2025 the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Alexander L. Reich*
Alexander L. Reich