UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'Angelo

**REBECCA RAMIREZ**,

    Plaintiff,

v.

**BISTECCA & POMODORO LLC d/b/a
THE DORAL STEAKHOUSE and
HORACIO DE GRAZIA**,

    Defendants.
_____/

## ORDER TO PERFECT SERVICE OF PROCESS

**THIS CAUSE** is before the Court on Defendant Bistecca & Pomodoro LLC's Removal Status Report [ECF No. 11], filed January 21, 2025, and upon a *sua sponte* review of the record.

Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. Defendant Bistecca & Pomodoro LLC filed a Notice of Removal on January 6, 2025, and to date, there is no indication in the court file that Defendant Horacio De Grazia has been served with the summons and Complaint.[1] The state court action was filed on November 5, 2024. *See* Complaint [ECF No. 1] at 6. It is therefore

**ORDERED** that on or before **February 11, 2025**, Plaintiff shall perfect service upon Defendant Horacio De Grazia or show cause why this Defendant should not be dismissed for

---

[1] Defendant Bistecca & Pomodoro LLC indicates in its Removal Status Report that Defendant De Grazio has not been served [ECF No. 11 at 2].

failure to perfect service of process. Failure to file proof of service, as required by Federal Rule of Civil Procedure 4(*l*)(1), or show good cause by February 11, 2025, will result in a dismissal of this Defendant without prejudice and without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of February, 2025.

                                                                    **MELISSA DAMIAN**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record