UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE
and HORACIO DE GRAZIA,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Rebecca Ramirez, pursuant to the Court's Order on Court Practice in FLSA Cases [ECF No. 7] and the Court's Order on Plaintiff's Motion for Enlargement of Time to File Statement of Claim [ECF No. 16], files this Statement of Claim based on the information known to her, and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time, pay, or tip records relative to her employment at this time, and so she must estimate the corresponding minimum wages/tips (overtips) owed to her.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed tips (overtips) that Defendants failed to pay her pursuant to 29 U.S.C. §203(m)(2)(B) as follows:

| Type of Wages | Dates Worked | Weeks Worked | Tips Owed (per week) | Total Tips Owed |
|---|---|---|---|---|
| Tips (Overtips) | Oct. 1, 2022 - Dec. 27, 2023 | 65 | $48.46 | **$3,149.90** |

4. Plaintiff and each Opt-In Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid minimum wages and tips (overtips) earned, plus reasonable attorneys' fees and costs, pursuant to the FLSA.

5. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

6. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

7. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Respectfully submitted this 18th day of February 2025.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*