UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20042-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC D/B/A
THE DORAL STEAKHOUSE
and HORACIO DE GRAZIA,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER**

    Plaintiff, Rebecca Ramirez, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order on Court Practice in FLSA Cases [ECF No. 7] and the Court's Order on Plaintiff's Motion for Enlargement of Time to File Statement of Claim [ECF No. 16] by serving Defendant, Bistecca & Pomodoro LLC d/b/a The Doral Steakhouse, with a copy of the Court's Order [ECF No. 7], Plaintiff's Statement of Claim [ECF No. 17], and all documents supporting Plaintiff's claims (Ramirez 000001-000024) by email to Defendant's counsel on February 18, 2025.

    Respectfully submitted this 18th day of February 2025.

    s/ Patrick Brooks LaRou
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*