UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC
d/b/a THE DORAL STEAKHOUSE
and HORACIO DE GRAZIA,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for a Settlement Conference (DE 7). In preparation for the Settlement Conference, it is hereby **ORDERED** as follows:

    1.    The Court will conduct a Settlement Conference in this case on **March 4, 2025** at **12:00 p.m.** The Parties shall appear in-person at **Courtroom 10-06** in the **James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, 10th Floor, Miami, Florida 33132**.

    2.    All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

    3.    In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the Party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the Party's policy(ies) shall be present. Failure of a Party representative, who has full and final authority to make and

accept offers of settlement, to attend this Settlement Conference may result in the Court's *sua sponte* recommendation that sanctions be entered against the offending party.

4.  For claims brought under the Fair Labor Standards Act, 28 U.S.C. § 203 *et seq.*, the filing of a Statement of Claim or a Response to a Statement of Claim <u>shall be accompanied by the service on opposing counsel of all supporting documentation (e.g., time sheets, pay stubs, etc.)</u>. The failure to fully and timely comply with this requirement may result in the cancellation of the Settlement Conference and the imposition of sanctions upon the Parties and their counsel. Counsel shall not wait until the day before the scheduled Settlement Conference to serve all supporting documents.

5.  The Parties shall submit a confidential settlement statement to the Court via email at DAngelo@flsd.uscourts.gov no later than **48 hours** before the Settlement Conference. The confidential settlement statement shall be a maximum of five (5) pages. Confidential settlement statements will be reviewed by the Court only and will neither be filed on the public docket nor shared with the opposing party. Each Party's confidential settlement statement shall address the following topics:

   a.  What are your goals in the litigation and what problems would you like to address in the Settlement Conference? What do you understand are the opposing side's goals?

   b.  What issues (in and outside of this lawsuit) need to be resolved? What are the strengths and weaknesses of your case?

   c.  Do you understand the opposing side's view of the case? What is wrong with their perception? What is right with their perception?

   d.  What are the points of agreement and disagreement between the parties?

    Factual?  Legal?

 e. What are the impediments to settlement?  Financial?  Emotional?  Legal?

 f. Does settlement or further litigation better enable you to accomplish your goals?

 g. Are there possibilities for a creative resolution of the dispute?

 h. Do you have adequate information to discuss settlement?  If not, how will you obtain sufficient information to make a meaningful settlement discussion possible?

 i. Are there outstanding lien holders or third parties who should be invited to participate in the Settlement Conference?

6. Given the limited time available, the Court is not requiring the Parties to engage in settlement negotiations before the Settlement Conference.  The Court nevertheless encourages the Parties to do so.  This can be helpful, and sometimes the Parties are able to settle a case <u>before</u> the Settlement Conference on their own, which will spare them the expense of attending the Settlement Conference.

7. The Settlement Conference will not be continued absent extremely compelling circumstances.  Any motion for a continuance shall provide dates and times that are available for all the Parties.

8. In civil actions, the Court does not provide an interpreter for parties who do not speak English.  If a Party requires an interpreter, it is that Party's burden to provide one.  The Parties may not share an interpreter.

9. The Court expects the Parties to address each other with courtesy and respect.  The Parties are encouraged to be frank and open in their discussions.  As a result, statements made by

any Party during the Settlement Conference are not to be used in discovery and will not be admissible at trial.

10.     In the event this matter settles prior to the Settlement Conference, the Parties shall immediately advise the Court.

**DONE and ORDERED** in Chambers in Miami, Florida on this 21st day of February, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:     All Counsel of Record