UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC
d/b/a THE DORAL STEAKHOUSE
and HORACIO DE GRAZIA,

    Defendants.

_____/

**JOINT CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the Parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and voluntarily consent to have United States Magistrate Judge Ellen F. D'Angelo conduct any and all further proceedings in the case and order the entry of judgment. As Magistrate Judge D'Angelo presided over a successful settlement conference in this matter on March 4, 2025, the Parties believe the interests of judicial economy will be best served if all remaining matters in this case are decided by Magistrate Judge Ellen F. D'Angelo. The Parties do not consent to the reassignment to any other or successor Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Brian Howard Pollock | Jillian C. Postal |
| Florida Bar No. 174742 | Florida Bar No. 1011576 |
| brian@fairlawattorney.com | jillian.postal@saul.com |
| Patrick Brooks LaRou | **SAUL EWING LLP** |

Fla. Bar No. 1039018
brooks@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Facsimile: (305) 230-4844

*Counsel for Plaintiff Rebecca Ramirez*

701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744

Alexander L. Reich (*Pro Hac Vice*)
Alexander.Reich@saul.com
**SAUL EWING LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: (312) 876-6925

*Counsel for Defendant Bistecca &
Pomodoro LLC d/b/a The Doral Steakhouse*