UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'ANGELO

**REBECCA RAMIREZ**,

     Plaintiff,
v.

**BISTECCA & POMODORO LLC d/b/a THE DORAL STEAKHOUSE and HORACIO DE GRAZIA**,

     Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Parties' Joint Consent to Proceed Before a United States Magistrate Judge [ECF No. 22], filed March 5, 2025.

THE COURT having reviewed the Parties' consent and being fully advised, it is

**ORDERED** that this case is **REFERRED** to United States Magistrate Judge Ellen F. D'Angelo to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. All papers filed in this matter shall bear the caption **CASE NO. 24-20042-CIV-D'ANGELO**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 5th of March, 2025.

                                                          **MELISSA DAMIAN**
                                                          **UNITED STATES DISTRICT JUDGE**

Copies to:
Hon. Ellen F. D'Angelo
Counsel of record