UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20042-CIV-DAMIAN/D'ANGELO

REBECCA RAMIREZ,

    Plaintiff,

vs.

BISTECCA & POMODORO LLC
d/b/a THE DORAL STEAKHOUSE
and HORACIO DE GRAZIA,

    Defendants.
_____/

## ORDER APPROVING THE PARTIES' SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  On March 4, 2025, the Parties settled this case during a settlement conference before the undersigned Magistrate Judge.  Thereafter, and upon consent of the Parties (DE 22), the Honorable Melissa Damian, United States District Judge, referred the case to the undersigned in its entirety (DE 23).

The Court has reviewed the settlement agreement between the Parties, the material terms of which were read into the record following the Settlement Conference (DE 21).  Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the Parties' settlement of this action was achieved through representation of all Parties by experienced counsel.  The Parties' settlement of these claims is the result of a bona fide compromise between them on a variety of disputes of law and fact.  The settlement negotiated and reached by the Parties reflects a reasonable compromise of the disputed issues.  Therefore, the Court finds that the provisions of the Parties' settlement agreement are fair and reasonable under the Fair Labor Standards Act.  Accordingly, it is hereby **ORDERED and ADJUDGED** that the

Parties' Settlement is **APPROVED**.

In light of the Parties' settlement, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, and any pending motions are **DENIED AS MOOT**. The Court retains jurisdiction until August 15, 2025 to enforce the terms of the Parties' settlement. The Clerk of the Court is respectfully directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida on this 12th day of March, 2025.

                                                    _____
                                                    ELLEN F. D'ANGELO
                                                    UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record